In the Matter of the Application of MARION T. ECKSTROM for the Care, Custody and Control of SUSAN ECKSTROM, Sometimes Known as BETTY RUTH ECKSTROM, an Infant. ADOLPH G. ECKSTROM, Appellant. In the Matter of the Application of the Defendant-Appellant for Reargument of the Appeal Herein and for a New Trial.— Motion for reargument of the appeal from the final order entered September 26, 1939, and for other relief, denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

J. FRANCIS BOORAEM v. WALTER W. GIBBONS and KATHRYN GIBBONS. In the Matter of Supplementary Proceedings: J. FRANCIS BOORAEM v. WALTER W. GIBBONS and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Trust Mortgage Dated June 12, 1925, Made by W. A. R. REALTY CORPORATION, v. W. A. R. REALTY CORPORATION and Others, Impleaded, etc., and HEARST-BRISBANE PROPERTIES & GUARANTEE COMMITTEE.— Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

INTERNATIONAL AIRCRAFT TRADING Co., INC., v. DANIEL F. YOUNG, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM H. SILK v. THE BOWERY SAVINGS BANK, JAMES A. STENHOUSE, VALDEN REALTY CORPORATION, WILLIAM SCHULTHEIS, R. FRANK BROOKS, and BROOKS, HARVEY & Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ALFONSO BIVONA, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (May 29, 1942.)

HILDA FRIESTATER and SAMUEL FRIESTATER, Respondents, v. R. H. MACY & Co., INC., and Others, Defendants, Impleaded with SUPERIOR HOUSE AND WINDOW CLEANING Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.